■ In the Matter of ALENA RAYMOND, Respondent, v KEDNEL RAYMOND, Appellant. [22 NYS3d 887]—Appeal from an order of protection of the Family Court, Kings County (Maria Arias, J.), dated December 9, 2014. The order of protection, after a hearing, inter alia, directed Kednel Raymond to stay away from the petitioner until and including December 8, 2019.

Ordered that the order of protection is affirmed, without costs or disbursements.

The order of protection, which directed the appellant, inter alia, to stay away from the petitioner, was reasonably necessary to enable the petitioner to have meaningful protection (*see Matter of Silva v Silva,* 125 AD3d 869, 870 [2015]; *Matter of Miloslau v Miloslau,* 112 AD3d 632, 633 [2013]). Moreover, there was sufficient evidence to support the finding of the existence of aggravating circumstances (*see* Family Ct Act § 827

[a] [vii]; *Matter of Malik v Syed*, 133 AD3d 761 [2015]; *Matter of Rankoth v Sloan*, 44 AD3d 863, 864 [2007]; *Matter of Charles v Charles*, 21 AD3d 487 [2005]). The appellant's remaining contentions are without merit.

Accordingly, the Family Court properly determined that the order of protection should remain in effect for a five-year period (*see* Family Ct Act § 842). Rivera, J.P., Dillon, Roman and Duffy, JJ., concur.